

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

FILED

05 MAR 18 PM 4: 23

Elisa C., Cheryll M., and Catherine P, persons with developmental disabilities, by LA FAMILIA, INC., their guardian,

    Plaintiffs,

vs.

NEW MEXICO DEPARTMENT OF HEALTH, et al.,

    Defendants.

No. CIV 05-209 LH/WDS

## PLAINTIFFS' MOTION TO REMAND TO STATE COURT AND REQUEST FOR ATTORNEYS' FEES

COME NOW, Plaintiffs Elisa C., Cheryll M., and Catherine P., persons with developmental disabilities, by La Familia, Inc., their guardian, and pursuant to 28 U.S.C. §1447 hereby move the Court for an order (i) remanding this case to the First Judicial District Court, County of Santa Fe, State of New Mexico, and (ii) awarding Plaintiffs their reasonable attorneys' fees and costs as a result of the improper removal of this action to federal court for the reasons set forth in Plaintiffs' Memorandum in Support of Motion to Remand and Request for Attorneys' Fees filed contemporaneously herewith. Counsel for Plaintiffs have determined that this motion is opposed.

                Respectfully Submitted,

                PEIFER, HANSON & MULLINS, P.A.

                By: _____
                    Charles R. Peifer
                    Robert E. Hanson
                Post Office Box 25245
                Albuquerque, NM 87125-0245
                (505) 247-4800

Peter Cubra
122 Tulane SE
Albuquerque, NM  87106
(505) 256-7690

*Attorneys for Plaintiffs Elisa C., Cheryll M. and Catherine P., by La Familia, Inc., their guardian*

We hereby certify that a copy of the foregoing pleading was served by first-class mail to the following counsel of record:

Jerry A. Walz
WALZ AND ASSOCIATES
12009 Highway 14 N.
Cedar Crest, New Mexico  87008-9405

Stephen G. French
Robert Becker
FRENCH & ASSOCIATES PC
500 Marquette NW #600
Albuquerque, NM  87102-5302

Josh A. Harris
BEALL & BIEHLER PA
6715 Academy Rd NE
Albuquerque, NM  87109-3365

Kathleen M. Mixon
Meena H. Allen
SIMONE, ROBERTS & WEISS, P.A.
8102 Menaul Blvd. NE
Albuquerque, NM  87110

Mark A. Basham
BASHAM & BASHAM PC
P. O. Box 9870
Santa Fe, NM  87504-9870

Mr. George C. Kraehe
GILKEY & STEPHENSON, P.A.
P. O. Box 25566
Albuquerque, NM 87125-0566

on this 18th day of March 2005.

PEIFER, HANSON & MULLINS, P.A.

By: _____
Robert E. Hanson

2